IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH F. FRANKL, Regional Director of Region 20 of the National Labor Relations Board, for and on behalf o the NATIONAL LABOR RELATIONS BOARD,

    Petitioner,

  vs.                                               CIV-S-11-0933-KJM GGH

THC - ORANGE COUNTY, INC. d/b/a KINDRED HOSPITAL OF SACRAMENTO,

    Respondent.             ORDER

        Petitioner has filed a motion for protective order and for authorization to file reference lists under seal. No response has been filed. The undersigned finds good cause for the request. Accordingly, the motion will be granted without prejudice to its reconsideration if respondent makes an appearance and desires to oppose the motion. Petitioner shall follow the sealing requirements of E.D. Local Rules 141 and 141.1.

        Accordingly, IT IS ORDERED that:

        1. Petitioner's motion for protective order, filed April 6, 2011, (dkt. # 6), is granted without prejudice to its reconsideration upon request by respondent.

\\\\\

1

2. All parties in this matter, including those who subsequently appear, shall: (a) redact from all pleadings and disciplinary records submitted as exhibits in this matter the names of employees whose disciplinary history goes to the issue of disparate treatment; (b) use as identifiers the term "Employee" followed by a letter of the alphabet ("A-Z") to reference those employees; and (c) file under seal a reference list identifying the names of the employees and their corresponding identifier.

3. The Clerk of the Court is directed to serve a copy of this order on respondent in Board Case 20-CA-35358.

DATED: May 2, 2011                                   /s/ Gregory G. Hollows

                                                    _____
                                                    GREGORY G. HOLLOWS
                                                    U. S. MAGISTRATE JUDGE

GGH/076Frankl0933.po.wpd